**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| JEANETTE JONES, individually and on behalf of all others similarly situated,<br><br>v.<br><br>ALPHA TRANSPORTS, LLC | Case No. 2:22-cv-01704-CFK<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge Chad F. Kenney |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Came on to be considered Plaintiff Jeanette Jones' notice of voluntary dismissal without prejudice. Having reviewed the notice, the Court orders this case be DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs.

8/3/2022
Date

/s/ Chad F. Kenney
Chad F. Kenney
United States District Judge